

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2020

No. 04-19-00812-CV

Ken **KINSEY**,
Appellant

v.

**AL GLOBAL SERVICES, LLC**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI22581
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellee's brief was originally due to be filed February 11, 2020. Appellee has filed an unopposed motion requesting a thirty-day extension of time to file appellee's brief. The motion is GRANTED. It is ORDERED that appellee's brief is due no later than March 12, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court